FRANCES B. DOELL, as Administratrix, etc., of ANDREW DOELL, Deceased, Appellant, v. LENA BULL and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. SOUTHWARD HO LAND CORPORATION and Others, Defendants, and SOUTHWARD HO RIDING CLUB, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

GORDON E. FERGUSON, Respondent, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of ALLAN R. CAMPBELL and JAMES W. GOOD, as Executors, etc., of CAROLYN L. CASPER, Deceased. WILLIAM F. CASPER, Appellant; ALLAN R. CAMPBELL and JAMES W. GOOD, as Executors, etc., of CAROLYN L. CASPER, Deceased, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of GEORGE GABRIEL, Committee of the Person and Property of LOUIS GABRIEL, Incompetent, Appellant, for Commissions Due Him as Committee from July 23, 1920, to July 23, 1936. VETERANS' ADMINISTRATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Claim of HELEN M. BEMIS against ADRIAN H. LARKIN and Others, as Executors, etc., of HENRY H. ROGERS, Deceased. HELEN M. BEMIS, Appellant; ADRIAN H. LARKIN and Others, as Executors, etc., of HENRY H. ROGERS, Deceased, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.